```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 06721
    MARGARET MOSLEY
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-9429


-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 04/13/2007 and was confirmed 06/07/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/02/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID
-------------------------------------------------------------------------------
CHASE MANHATTAN MORTGAGE  CURRENT MORTG         .00              .00            .00
CAVALRY PORTFOLIO SERVIC  SECURED NOT I         .00              .00            .00
CAVALRY PORTFOLIO SERVIC  UNSEC W/INTER    NOT FILED             .00            .00
CAVALRY PORTFOLIO SERVIC  NOTICE ONLY      NOT FILED             .00            .00
PROVIDIAN                 NOTICE ONLY      NOT FILED             .00            .00
CHASE MANHATTAN           NOTICE ONLY      NOT FILED             .00            .00
HFC/BENEFICIAL            UNSEC W/INTER    NOT FILED             .00            .00
ECAST SETTLEMENT CORP     NOTICE ONLY      NOT FILED             .00            .00
CAPITAL ONE               UNSEC W/INTER    NOT FILED             .00            .00
CAPITAL ONE               UNSEC W/INTER    NOT FILED             .00            .00
ROUNDUP FUNDING LLC       UNSEC W/INTER      1337.69           78.15          913.36
B-LINE LLC                NOTICE ONLY      NOT FILED             .00            .00
GINNYS                    UNSEC W/INTER        94.28            6.78           64.31
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER    NOT FILED             .00            .00
MIDLAND CREDIT MANAGEMEN  UNSEC W/INTER    NOT FILED             .00            .00
B-LINE LLC                NOTICE ONLY      NOT FILED             .00            .00
BALTT HASENMILLER LEIBSK  NOTICE ONLY      NOT FILED             .00            .00
HOUSEHOLD BANK            NOTICE ONLY      NOT FILED             .00            .00
PALISADE COLLECTION       UNSEC W/INTER    NOT FILED             .00            .00
AT&T WIRELESS             UNSEC W/INTER       254.36           17.98          173.66
VATIV RECOVERY SOLUTIONS  NOTICE ONLY      NOT FILED             .00            .00
PENNCRO ASSOCIATES INC    UNSEC W/INTER    NOT FILED             .00            .00
SPIEGEL                   NOTICE ONLY      NOT FILED             .00            .00
PROVIDIAN                 UNSEC W/INTER    NOT FILED             .00            .00
SST                       UNSEC W/INTER    NOT FILED             .00            .00
THE SWISS COLONY          UNSEC W/INTER       232.77           16.46          158.93
ECAST SETTLEMENT CORP     UNSEC W/INTER      4084.63          288.06         2788.88
ROUNDUP FUNDING LLC       UNSEC W/INTER      1375.83           80.40          939.39
LEDFORD & WU              DEBTOR ATTY       2,000.00                         2,000.00
TOM VAUGHN                TRUSTEE                                              573.64
DEBTOR REFUND             REFUND                                                .00


                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 06721 MARGARET MOSLEY
```

Summary of Receipts and Disbursements:

---

|                     | RECEIPTS  | DISBURSEMENTS |
|---------------------|-----------|---------------|
| TRUSTEE             | 8,100.00  |               |
| PRIORITY            |           | .00           |
| SECURED             |           | .00           |
| UNSECURED           |           | 5,038.53      |
| INTEREST            |           | 487.83        |
| ADMINISTRATIVE      |           | 2,000.00      |
| TRUSTEE COMPENSATION|           | 573.64        |
| DEBTOR REFUND       |           | .00           |
| TOTALS              | 8,100.00  | 8,100.00      |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/27/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 06721 MARGARET MOSLEY